# COMPLAINT
(for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 MAY -8 P 12: 59
STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Nathaniel A McCrance

v.

(Full name of defendant(s))

Sheboygan County
Detention Center

Case Number: **18-C-0722**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Sheboygan County Detention Center 2923 South 31st street Sheboygan WI 53081__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Sheboygan County Detention center__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint – 1

and (if a person) resides at __Sheboygan County Detention Center 2923 south 31st street sheboygan WI 53081__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __nurses and Correctional officers neglected my medical issue__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Ive tried to get all names of nurses, CO's, and sargents but everyone of them neglected to respond to the seriousness of the matter at hand for about 3 weeks this happened 11-01-17 through 12-20-17 I had kidney stones and Jail Nurses know of the problem but always tell me to drink water pee them out while I was peeing straight blood for at least 2 weaks hard to pee when after 3 weeks Jail finally sends me to doctor then find out how serious it was but before they put me in hole cause of me complaining to much they thought I was lying but then I sat

Complaint – 2

for 10 days which made problem worse asked for new bed had half a mattress so I kept crying laying on floor around toilet in so much pain that's when they finally let me see a doctor cause there was chunks of stuff in my pee a sheriff took me to see doctor outside of jail which they did xrays which doctor informed jail I had 9mm nine millimeter stone lodged in my kidney which I could not pee out then jail just all of sudden let me be realesed from jail. to have surgery but caused other issues which I mentally have with jail now jail treats me wrong and same with nurses no respone's when I ask for records of name's of all co's and Nurses they say I have to get records when Im out of jail which they know I have problems and I feel even more neglected I try to ask for help but no one will talk to me about this matter also passed more stones but jail would not give anything for relife

Complaint – 3

C.  JURISDICTION

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __April__ 20_18_.

Respectfully Submitted,

*Nathaniel McCee*
Signature of Plaintiff

__31782__
Plaintiff's Prisoner ID Number

__Sheboygan County Dentetion Center__
__2923 South 31st Street Sheboygan WI 53081__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5