UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**NATHANIEL A. McCRANIE**,

          Plaintiff,

v.                                                       Case No. 18-cv-0722

**ADVANCED CORRECTIONAL HEALTHCARE, INC.**, *et al.*,

          Defendants.

## STIPULATION OF DISMISSAL

WHEREAS this matter is scheduled for trial beginning on September 7, 2021; and

WHEREAS the parties have reached an agreement to resolve the matter pending certain approvals and execution of necessary documentation; and

WHEREAS the parties wish to advise the Court that it may remove the matter and any associated pretrial deadlines from its calendar.

IT IS HEREBY STIPULATED and agreed by and among the parties, by their undersigned counsel, that the above-captioned action, and all claims asserted therein, including rights of appeal, may be dismissed without prejudice and without costs to any party. The parties further stipulate and ask the Court to enter the accompanying order providing that the matter is dismissed without prejudice upon entry of the order of the Court and that the dismissal shall be deemed with prejudice after sixty (60) days from entry of the order unless a party moves the Court to re-open the case. If no party moves to re-open the case after sixty (60) days from entry of the order, it shall be deemed full and finally dismissed with prejudice.

Dated this 30th day of July, 2021.

                          **OVB LAW & CONSULTING, S.C.**

                          By:*/s/ Samantha Huddleston*
                               Samantha Huddleston, SBN 1101385
                               Emil Ovbiagele, SBN 1089677
                               Attorneys for the Plaintiff
                               839 North Jefferson Street, Suite 502
                               Milwaukee, Wisconsin 53202
                               Telephone: (414) 585-0588
                               Fax: (414) 255-3031
                               Email: samantha@ovblaw.com
                                          emil@ovblaw.com

Dated this 30th day of July, 2021.

                          **LEIB KNOTT GAYNOR LLC**

                          By:*/s/ Douglas S. Knott*
                               Douglas S. Knott, SBN 1001600
                               Charles R. Starnes, SBN 1113293
                               Attorneys for the Defendant
                               219 N. Milwaukee Street, Suite 710
                               Milwaukee, WI 53202
                               Telephone: (414) 276-2102
                               Fax: (414) 276-2140
                               Email: dknott@lkglaw.net
                                          cstarnes@lkglaw.net

2

Case 2:18-cv-00722-WED   Filed 07/30/21   Page 2 of 2   Document 123